[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 10, 2012
JOHN LEY
CLERK

No. 11-14623
Non-Argument Calendar

_____

D.C. Docket No. 8:11-cr-00022-RAL-EAJ-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DENIS ARNULFO SORTO-ORTIZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 10, 2012)

Before TJOFLAT, JORDAN and KRAVITCH, Circuit Judges.

PER CURIAM:

Mary A. Mills, appointed counsel for Denis Arnulfo Sorto-Ortiz in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sorto-Ortiz's convictions and sentences are **AFFIRMED**.